

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

September 8, 2025

**Re:     October 2025 Federal Circuit Sitting in Greater Boston Area**

Dear Arguing Counsel,

    Your case has been scheduled for oral argument during our court's October 2025 session in the greater Boston area. Arguments will be held at several locations, including Boston, Cambridge, Dartmouth, and Newton, Massachusetts and Bristol, Rhode Island. This letter provides relevant information concerning your appearance before our court.

    Please review the Notice of Oral Argument entered in your appeal on August 21, 2025, for the specific location of your argument. On the morning of your argument, you are expected to arrive at the argument location and check in with the courtroom deputy directly in the courtroom **no later than 9:30 a.m. (Eastern)**. Please note that you will be required to arrange your own travel to the argument location and parking.

    The court will not conduct remote arguments or provide live audio of the cases scheduled for the Boston sessions. Audio recordings will be posted on the court's website in due course after each argument. Please note that the court's standard rules of decorum and argument procedures apply even though these sessions are being held outside our regular courthouse. If you experience a medical illness that might prevent your in-person appearance, please contact the court immediately.

    For logistical questions, please contact the Clerk's Office at (202) 275-8035. To notify the court in an emergency, please call (202) 275-8049.

    We look forward to seeing you in the greater Boston area and wish you safe travels.

Sincerely,

Jarrett B. Perlow
Clerk of Court